# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

132955

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PREFERRED MEDICINE, INC., JOANNA
ROHL, FATMEH CHEHAB, MADISON
MEDICAL CENTER, P.C., d/b/a SPINE, SPORTS
& OCCUPATIONAL MEDICINE, P.C., and
RAM GUNABALAN,
　　　　　Plaintiffs-,
　　　　　Counter-Defendants-Appellees,
v

ALLSTATE INSURANCE COMPANY and
ENCOMPASS INSURANCE COMPANY,
　　　　　Defendants,
　　　　　Counter-Plaintiffs-Appellants.

SC: 132955
COA: 263451
Wayne CC: 03-336693-CZ

_____/

　　　　By order of November 21, 2007, the application for leave to appeal the December 5, 2006 judgment of the Court of Appeals was held in abeyance pending the decision in *Miller v Allstate* (Docket Nos. 134393, 134406). On order of the Court, the case having been decided on July 2, 2008, 481 Mich 601 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

1020